ACCEPTED
14-15-00027-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/23/2015 3:23:27 PM
CHRISTOPHER PRINE
CLERK



100 Congress Avenue, Suite 950 | Austin, Texas 78701 | 512.459.6600 Main | 512.459.6601 Fax
www.ryanlawllp.com

September 23, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

9/23/2015 3:23:27 PM

CHRISTOPHER A. PRINE
Clerk

***Via E-filing***

Christopher A. Prine
Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, TX 77002

RE:  *Glenn Hegar, Comptroller of Public Accounts, and Ken Paxton, Attorney General of the State of Texas v. CheckFree Services Corporation*; Case No. 14-15-00027-CV; in the Fourteenth Court of Appeals, Houston, Texas

Dear Mr. Prine:

I write in response to the Court's September 22 letter (attached) regarding holding oral argument in this case in the Court's courtroom in Houston. My client, Appellee CheckFree Services Corporation agrees to holding oral argument at the Court's courtroom in Houston. We do not require the Court to travel to Austin for oral argument.

Respectfully submitted,

RYAN LAW FIRM, LLP
100 Congress Avenue, Suite 950
Austin, Texas 78701
512.459.6600 – Telephone
512.459.6601 – Facsimile

By: _____
Doug Sigel
State Bar No. 18347650

**ATTORNEY FOR APPELLEE**

Cc: Quinn Ryan, Assistant Attorney General,
    via email at Quinn.Ryan@texasattorneygeneral.gov

Cynthia Morales, Assistant Attorney General,
via email at Cynthia.Morales@texasattorneygeneral.gov

FILE COPY



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE                                    JEFFREY D. KYLE, CLERK
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

September 22, 2015

The Honorable Velva L. Price
Civil District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     03-15-00534-CV
        Trial Court Case Number:      D-1-GN-14-003869

Style:   Appellant, Fitness International, LLC// Cross-Appellants, Glenn Hegar, Comptroller of
         Public Accounts of The State of Texas; and Ken Paxton, Attorney General of The State
         of Texas
         v. Appellees, Glenn Hegar, Comptroller of Public Accounts of The State of Texas; and
         Ken Paxton, Attorney General of The State of Texas// Cross-Appellee, Fitness
         International, LLC

Dear Ms. Price:

        A supplemental clerk's record, containing the notice of appeal on behalf of Cross-
Appellants, Glenn Hegar, Comptroller of Public Accounts of The State of Texas; and Ken Paxton,
Attorney General of The State of Texas, is to be filed in this Court on or before **September 28,
2015**.

                                          Very truly yours,

                                          JEFFREY D. KYLE, CLERK

                                          BY: *Courtland Crocker*
                                              Courtland Crocker, Deputy Clerk

cc:    Mr. Doug Sigel                          Mr. Jack Hohengarten